**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § | |
| Plaintiff, | § § | No. 2:12-CV-180-JRG-RSP |
| v. | § § | CONSOLIDATED |
| INTUIT INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

**NOTICE OF SELECTION OF MEDIATOR**

Notice is hereby given that the parties have agreed, pending client confirmation by Meebo, Inc. and The Hertz Corporation, to attend mediation before the Honorable David Folsom (ret.) at a time and date to be determined.

Dated:  May 3, 2013                                                                 Respectfully Submitted,

| ATTORNEYS FOR PLAINTIFF TQP DEVELOPMENT, LLC | ATTORNEYS FOR DEFENDANT INTUIT, INC |
|---|---|
| \s\ *Paul A. Kroeger* | /s/ *Derrick Toddy* |
| Andrew W. Spangler<br>State Bar No. 24041960<br>Spangler & Fussell P.C.<br>208 N. Green St., Suite 300<br>Longview, TX 75601<br>Telephone:  (903) 753-9300<br>Facsimile:  (903) 553-0403<br>Email: spangler@sfipfirm.com<br>James A. Fussell, III<br>AR State Bar No. 2003193<br>Spangler & Fussell P.C.<br>211 N. Union Street, Suite 100<br>Alexandria, VA 22314 | Scott E. Davis (OR Bar No. 022883)<br>scott.davis@klarquist.com<br>Derrick W. Toddy (OR Bar No. 072043)<br>derrick.toddy@klarquist.com<br>John D. Vandenberg (OR Bar No. 893755)<br>john.vandenberg@klarquist.com<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, Oregon 97204<br>Telephone: (503) 595-5300<br>Facsimile: (503) 595-5301 |


| | |
|---|---|
| Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br>Email: fussell@sfipfirm.com<br><br>Marc Fenster<br>mfenster@raklaw.com<br>Adam Hoffman<br>Email: ahoffman@raklaw.com<br>Alexander Giza<br>Email: agiza@raklaw.com<br>Kevin Burke<br>Email: kburke@raklaw.com<br>Paul A. Kroeger<br>Email: Pkreoger@raklaw.com<br>Russ August & Kabat<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>310-826-7474<br>Fax: 310-826-6991 | Peter Kerr<br>Texas Bar No. 24076478<br>THE DACUS FIRM, P.C.<br>821 ESE Loop 323, Suite 430<br>Tyler, Texas 75701<br>903-705-1117 (phone & fax)<br>E-mail: pkerr@dacusfirm.com |
| **ATTORNEYS FOR DEFENDANT AVIS BUDGET GROUP, INC.** | **ATTORNEYS FOR DEFENDANT PETSMART STORE SUPPORT GROUP, INC.** |
| /s/ *Bryan P. Stanley*<br><br>Juliet A. Cox<br>MO State Bar No. 42566<br>Bryan P. Stanley<br>MO State Bar No. 52388<br>KUTAK ROCK LLP<br>1010 Grand Boulevard, Suite 500<br>Kansas City, MO 64106<br>Phone: 816-960-0090<br>Facsimile: 816-960-0041<br>Juliet.Cox@KutakRock.com<br>Bryan.Stanley@KutakRock.com | /s/ *Kevin A. Zeck*<br><br>Ramsey M. Al-Salam<br>Washington State Bar No. 18822<br>Email: ralsalam@perkinscoie.com<br>Kevin A. Zeck<br>Washington State Bar No. 41689<br>Email: kzeck@perkinscoie.com<br>PERKINS COIE LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br>Telephone: (206) 359-8000<br>Facsimile: (206) 359-9000 |
| **ATTORNEYS FOR DEFENDANT THE HERTZ CORPORATION AND MEEBO, INC.** | **ATTORNEYS FOR DEFENDANT REED ELSEVIER, INC.** |
| /s/ *Wasif Qureshi*<br><br>Neil J. McNabnay<br>mcnabnay@fr.com | /s/ *Terence P. Ross*<br><br>Jennifer Parker Ainsworth<br>Texas Bar No. 00784720 |

| | |
|---|---|
| Texas Bar No. 24002583<br>P. Weston Musselman, Jr.<br>Musselman@fr.com<br>Texas Bar No. 14749600<br>David B. Conrad<br>conrad@fr.com<br>Texas Bar No. 24049042<br>Ricardo J. Bonilla<br>rbonilla@fr.com<br>Texas Bar No. 24082704<br>1717 Main Street, Suite 5000<br>Dallas, Texas 75201<br>(214) 747-5070 - Telephone<br>(214) 747-2091 – Facsimile<br><br>Wasif Qureshi<br>TX Bar No. 24048155<br>FISH & RICHARDSON P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Tel: (713) 654-5300<br>Fax: (713) 652-0109<br>qureshi@fr.com | jainsworth@wilsonlawfirm.com<br>WILSON, ROBERTSON & CORNELIUS, P.C.<br>909 ESE Loop 323, Suite 400<br>P.O. Box 7339 [75711]<br>Tyler, Texas 75701<br>Telephone: (903) 509-5000<br>Facsimile: (903) 509-5092<br><br>Terence P. Ross (pro hac vice)<br>tross@crowell.com<br>Jeffrey D. Ahdoot (pro hac vice)<br>jahdoot@crowell.com<br>CROWELL & MORING, LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>Attorneys for Defendant Reed Elsevier Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on May 3, 2013, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Paul A. Kroeger*
Paul A. Kroeger