# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § | |
| Plaintiff, | § § | No. 2:12-CV-180-JRG-RSP |
| v. | § § | CONSOLIDATED |
| INTUIT, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 2:12-CV-726-JRG-RSP |
| REED ELSEVIER, INC., | § § | JURY TRIAL DEMANDED |
| Defendant. | § § § | |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff TQP Development, LLC and defendant Reed Elsevier, Inc. pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims pending between them in the lead consolidated case and in *TQP Development, LLC v. Reed Elsevier, Inc.*, Case No. 2:12-cv-726, WITH PREJUDICE, subject to the terms of that certain agreement entitled "**AGREEMENT**" and dated July 17, 2013, with each party to bear its own costs, expenses and attorneys' fees.

SO STIPULATED:

July 26, 2013.                                              Respectfully submitted,

| /s/ *Terence P. Ross* | By: \s\ *Paul A. Kroeger* |
|---|---|
| Jennifer Parker Ainsworth<br>Texas Bar No. 00784720<br>jainsworth@wilsonlawfirm.com<br>**WILSON, ROBERTSON & CORNELIUS, P.C.**<br>909 ESE Loop 323, Suite 400<br>P.O. Box 7339 [75711]<br>Tyler, Texas 75701<br>Telephone: (903) 509-5000<br>Facsimile: (903) 509-5092<br><br>Terence P. Ross (pro hac vice)<br>tross@crowell.com<br>Jeffrey D. Ahdoot (pro hac vice)<br>jahdoot@crowell.com<br>**CROWELL & MORING, LLP**<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br><br>**Attorney for Defendant**<br>**REED ELSEVIER, INC.** | Paul A. Kroeger<br><br>Marc A. Fenster, CA SB No. 181067<br>Email: mfenster@raklaw.com<br>Kevin P. Burke, CA SB No. 241972<br>Email: kburke@raklaw.com<br>Adam S. Hoffman, CA SB No. 218740<br>Email: ahoffman@raklaw.com<br>Alexander C.D. Giza, CA SB No. 212327<br>Email: agiza@raklaw.com<br>Paul A. Kroeger, CA SB No. 229074<br>Email: pkroeger@raklaw.com<br>**Russ August & Kabat**<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-699<br><br>Andrew W. Spangler, State Bar No. 24041960<br>Email: spangler@sfipfirm.com<br>**Spangler & Fussell P.C.**<br>208 N. Green St., Suite 300<br>Longview, TX 75601<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br><br>James A. Fussell, III, State Bar No. 2003193<br>Email: fussell@sfipfirm.com<br>**Spangler & Fussell P.C.**<br>211 N. Union Street, Suite 100<br>Alexandria, VA 22314<br>Telephone: (903) 753-9300<br>Facsimile: (903) 553-0403<br><br>**Attorneys for Plaintiff**<br>**TQP DEVELOPMENT, LLC** |

**CRTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Paul A. Kroeger*
Paul A. Kroeger

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiff and Defendant have conferred regarding the foregoing Motion, and Defendant does not oppose the relief sought.

Dated: July 26, 2013

*/s/ Paul A. Kroeger*
Paul A. Kroeger