# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 2:12-CV-00180-WCB |
| INTUIT INC., et al., | § § § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the Defendants' letter brief requesting leave to file a motion for summary judgment (Dkt. No. 110). The Court GRANTS the Defendants' request for leave to file the motion.

IT IS SO ORDERED.

SIGNED this 21st day of December, 2013.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE