IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TQP DEVELOPMENT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 2:12-CV-180-WCB |
| | § | |
| | § | |
| INTUIT INC., | § | |
| | § | |
| Defendant. | § | |

# ORDER

Before the Court is Defendants' Motion to Dismiss Pursuant to Settlement Agreement (Dkt. No. 194). TQP Development, LLC, is directed to respond to Defendants' motion by July 1, 2014.

It is so ORDERED.

SIGNED this 26th day of June, 2014.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

1