UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **TQP DEVELOPMENT, LLC**<br><br>       Plaintiff,<br><br>v.<br><br>**INTUIT INC.,**<br><br>       Defendants. | Civil Action No. 2:12-cv-180-WCB-RSP<br><br>**CONSOLIDATED**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION BETWEEN TQP DEVELOPMENT, LLC AND THE HERTZ CORPORATION RE DISMISSAL WITH PREJUDICE**

Plaintiff TQP Development, LLC ("TQP") hereby provides notice that on unopposed motion by TQP, the Court of Appeals for the Federal Circuit has dismissed TQP's appeal (No. 14-1751, Doc. 16). Further, TQP and defendant The Hertz Corporation pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), (a)(2) and (c) and their agreement (Dkt. No. 197-2), hereby stipulate to the dismissal of all claims and counterclaims between them in this action WITH PREJUDICE, with each party bearing its own costs, expenses and attorneys' fees.

The parties recognize and consent to the dismissal Order (Dkt. No. 205) previously entered by the Court and so submit no additional proposed form of order with this filing.

SO STIPULATED.

Dated:  October 3, 2014        Respectfully submitted,

                  **TQP DEVELOPMENT, LLC**

                  By: /s/ *Paul A. Kroeger*

                  Marc A. Fenster, CA Bar No. 181067
                  E-mail: mfenster@raklaw.com
                  Adam S. Hoffman, CA Bar No. 218740
                  E-mail: ahoffman@raklaw.com

Alexander C. Giza, CA Bar No. 212327
E-mail: agiza@raklaw.com
Paul A. Kroeger, CA Bar No. 229074
E-mail: pkroeger@raklaw.com
**RUSS, AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone:     310/826-7474
Facsimile:      310/826-6991

Andrew W. Spangler, TX Bar No. 24041960
E-mail: spangler@spanglerlawpc.com
**SPANGLER LAW P.C.**
208 N. Green Street, Suite 300
Longview, Texas 75601
Telephone:     903/753-9300
Facsimile:      903/553-0403

**Attorneys for Plaintiff
TQP DEVELOPMENT, LLC**


/s/ *Wasif Qureshi*

Neil J. McNabnay
Texas Bar No. 24002583
mcnabnay@fr.com
David B. Conrad
Texas Bar No. 24049042
conrad@fr.com
Ricardo J. Bonilla
Texas Bar No. 24082704
rbonilla@fr.com
James Y. Wang
Texas Bar No. 24084042
wang@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
Telephone: 214.747.5070
Facsimile: 214.747.2091

Wasif Qureshi
Texas Bar No. 24048155
qureshi@fr.com

**FISH & RICHARDSON P.C.**
1221 McKinney St., Suite 2800
Houston, Texas 77010
Telephone: (713) 654-5300

*Attorneys for Defendant The Hertz Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on October 3, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Paul A. Kroeger*
Paul A. Kroeger